UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Janice Johnson,

        Plaintiff,                        Civil No.06-4934 (RHK/AJB)

vs.                                     **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Wyeth and its division Wyeth
Pharmaceuticals, Inc., Pharmacia &
Upjohn Company LLC, f/k/a Pharmacia
& Upjohn Company, Pfizer, Inc.,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  December 20, 2006

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge